IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EUGENE WILLIAMS FKA REYNA E. MCKINNEY, § § § | |
| *Plaintiff*, § § | CIVIL ACTION NO. 5:19-cv-01094 |
| v. § § | |
| WELLS FARGO USA HOLDINGS, INC., § § | |
| *Defendant*. § | |

## CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo USA Holdings, Inc. ("Wells Fargo") files this Disclosure Statement and would show as follows:

Wells Fargo USA Holdings, Inc. is a wholly owned subsidiary of Wells Fargo Financial, LLC, which is a wholly owned subsidiary of Wells Fargo & Company, a publicly traded bank holding company in which no other publicly held corporation owns 10% or more of its stock.

Wells Fargo reserves the right to supplement this certificate as needed.

Respectfully submitted,

LOCKE LORD LLP

By: _____

**B. David L. Foster**
Texas Bar No. 24031555
**Joel Thomason**
Texas Bar No. 24086612
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)
dfoster@lockelord.com
jthomason@lockelord.com

**Robert T. Mowrey**
Texas Bar No. 14607500
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (Facsimile)
rmowrey@lockelord.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served as indicated on this 11th day of September, 2019, to the following:

**VIA U.S. MAIL AND FACSIMILE**
Gregory T. Van Cleave
The Law Office of Albert W. Van Cleave, III PLLC
1520 W. Hildebrand
San Antonio, Texas 78201
(210) 341-6588
(210) 701-8481 (Facsimile)
*Attorney for Plaintiff*

_____
Joel Thomason